JEREMY J. THOMPSON
Nevada Bar No. 12503
CLARK HILL PLLC
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: jthompson@clarkhill.com
*Attorney for Defendant*
*Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTIAN NGUYEN, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company, <br><br> Defendant. | Case No. 2:20-cv-02217-RFB-NJK <br><br> **STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** <br><br> **SECOND REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from March 10, 2021 through and including **April 9, 2021**. Equifax request the extension in order to allow the parties additional time to continue settlement discussion. This stipulation is filed in good faith and not intended to cause delay.

1 | Respectfully submitted this 10th day of March, 2021.

CLARK HILL PLLC

By: /s/ Jeremy J. Thompson
Jeremy J. Thompson
Nevada Bar No. 12503
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: jthompson@clarkhill.com

*Attorneys for Defendant Equifax Information Services LLC*

**<u>No opposition</u>**

/s/ Erik W. Fox, Esq.
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
Erik W. Fox, Esq.
Nevada Bar No. 8804
COGBURN LAW OFFICES
2508 St. Rose Parkway, Suite 330
Henderson, NV 89074
Phone: (702) 748-7777
FAX: (702) 966-3880
Email: jsc@cogburnlaw.com
Email: efox@cogburnlaw.com

*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: March 11, 2021