COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTIAN NGUYEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company,<br><br>Defendant. | Case Number:<br>2:20-cv-02217-RFB-NJK<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, Christian Nguyen ("Plaintiff") and Defendant, Equifax Information Services LLC ("Defendant"), by and through their respective attorneys of record, that all Plaintiff's claims asserted against Defendant in the above-captioned

. . .

. . .

. . .

. . .

. . .

. . .

matter shall be and hereby are dismissed with prejudice and each party shall bear its own attorney fees and costs.

Dated this 25th day of August, 2021.

COGBURN LAW

By: */s/Erik W. Fox*
    Jamie S. Cogburn, Esq.
    Nevada Bar No. 8409
    Erik W. Fox, Esq.
    Nevada Bar No. 8804
    2580 St. Rose Parkway, Suite 330
    Henderson, Nevada 89074
    *Attorneys for Plaintiff*

Dated this 25th day of August, 2021.

CLARK HILL PLLC

By: */s/Jeremy J. Thompson*
    Jeremy J. Thompson, Esq.
    Nevada Bar No. 12503
    3800 Howard Hughes Parkway, Suite 500
    Las Vegas, NV 89169
    *Attorney for Equifax Information Services LLC*

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Court

DATED this 26th day of August, 2021.